**IN THE UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF ARKANSAS**
**EL DORADO DIVISION**

FRANK CHANCELLOR                                                                    PLAINTIFF

VS.                                          Case No. 04-CV-1086

POTLATCH CORPORATION                                                            DEFENDANT

## ORDER

Before the Court is Potlatch's First Motion for Summary Judgment. (Doc. 8). Chancellor has responded. (Doc 16). Potlatch has also filed a Reply and a Motion to Strike. (Doc. 19). Chancellor has responded to Potlatch's Motion to Strike. (Doc.20) Upon consideration, for the reasons discussed in the Memorandum Opinion of even date, the Court finds Defendant's Motion to Strike should be **denied**. Defendant's Motion for Summary Judgment should be and hereby is **granted in part and denied in part**. Plaintiff's ADA/ACRA and FMLA claims are hereby dismissed with prejudice. The remainder of Defendant's Motion for Summary Judgment is denied.

**IT IS SO ORDERED** this 8th day of November, 2005.

                                                /s/ Harry F. Barnes
                                                 Hon. Harry F. Barnes
                                                 U.S. District Judge